[No. 14699–8–I. Division One. July 28, 1986.]

ROGER BOYNTON, ET AL, *Appellants,* v. THE BOARD
OF ADJUSTMENT OF THE CITY OF MUKILTEO,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 84–2–00806–5, John F. Wilson, J.,
entered April 3, 1984. *Affirmed* by unpublished opinion per

Utter, J. Pro Tem., concurred in by Cole and Schumacher, JJ. Pro Tem.